Michael McAfee, Esq. (SBN 304827)
Law Office Of Michael McAfee
3070 M Street, Suite 10
Merced, California 95348
Telephone: (209) 600-4488
Email: admin@mcafeedefender.com

Alonzo Gradford, Esq. (SBN 244201)
LAW OFFICE OF ALONZO GRADFORD
1300 10th Street, Suite G
Modesto, California 95354
Email: alonzo@gradfordlawfirm.com
Attorneys for Plaintiff
JOSHUA SKOT KEHELEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SKOT KEHELEY,<br><br>Plaintiff,<br>v.<br><br>COUNTY OF MARIPOSA; WALTER WALL; JEREMY BRIESE; JENNIFER KISER; and DOES 1–50,<br><br>Defendants. | Case No. 1:26-cv-07508-FJS<br><br>STIPULATION RE: WRITTEN CONSENT TO ELECTRONIC SERVICE AND SERVICE ON DEFENSE COUNSEL FOR ALL DEFENDANTS; ORDER<br><br>[Fed. R. Civ. P. 5(b)(2)(E); E.D. Cal. L.R. 143]<br>Mag. Judge: Hon. Frank J. Singer |

Plaintiff Joshua Skot Keheley ("Plaintiff") and Defendants County of Mariposa, Walter Wall, Jeremy Briese, and Jennifer Kiser (collectively, "Defendants," and together with Plaintiff, the "Parties"), through their respective counsel of record, stipulate as follows:

RECITALS

A. This action was removed from the Superior Court of California, County of Mariposa, to this Court. All four named Defendants are represented by the same counsel of record, McCormick, Barstow, Sheppard, Wayte & Carruth LLP ("Defense Counsel").

B. Papers filed through the Court's CM/ECF system are served on registered users by the Notice of Electronic Filing. (Fed. R. Civ. P. 5(b)(2)(E); E.D. Cal. L.R. 135.) Papers that are served but not filed, including disclosures, discovery requests and responses, deposition notices, and correspondence required by the Federal Rules or this Court's orders, may be served by email only where the person served has consented in writing. (Fed. R. Civ. P. 5(b)(2)(E).)

C. The Parties wish to provide that written consent, to designate service addresses, and to state whether service on Defense Counsel is effective as to all four Defendants.

STIPULATION

1. Consent to Electronic Service. Each Party consents in writing, pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), to service by email of any paper required or permitted to be served under Rule 5(a) that is not served through CM/ECF, including without limitation Rule 26(a) disclosures, written discovery and responses, deposition notices, notices of subpoena to non-parties, meet-and-confer correspondence, and drafts of joint filings, including the Joint Scheduling Report required by ECF No. 4.

2. Designated Service Addresses. Service under this Stipulation is made by sending the paper, as a text-searchable PDF attachment, to every address designated below for the Party served. A Party may change its designated addresses by written notice served on all counsel, effective upon service. (See also E.D. Cal. L.R. 182(f).)

For Plaintiff: admin@mcafeedefender.com; alonzo@gradfordlawfirm.com

For Defendants: Joshua.Adams@mccormickbarstow.com; Daniel.Wainwright@mccormickbarstow.com

3. Service on Defense Counsel as to All Defendants. Defense Counsel elects the following (initial one):

__JDA___ Option A- Single Service. One transmission to Defendants' designated addresses constitutes complete service on each of the County of Mariposa, Walter Wall, Jeremy Briese, and Jennifer Kiser. No separate transmission per Defendant is required,

although a paper directed to fewer than all Defendants shall identify the Defendant(s) to whom it is directed.

______ Option B - Per-Defendant Service. Defendants request that each paper be served by a separate transmission identifying the Defendant served in the subject line. Service under Option B is nonetheless complete upon transmission to the designated addresses of Defense Counsel.

4. Change in Representation. If any Defendant becomes separately represented, or Defense Counsel withdraws as to any Defendant, Defense Counsel shall promptly serve written notice identifying the affected Defendant(s) and the new counsel's service addresses and shall file any substitution or notice required by E.D. Cal. L.R. 182. Until that notice is served, service in accordance with Paragraph 3 remains effective as to all four Defendants.

5. When Service Is Complete. Electronic service is complete upon transmission but is not effective if the serving Party learns that it did not reach the person to be served. (Fed. R. Civ. P. 5(b)(2)(E).) The Parties acknowledge that Rule 6(d) does not add three days for service made by electronic means. As a professional courtesy, a paper served after 5:00 p.m. Pacific time, or on a Saturday, Sunday, or legal holiday, shall be deemed served on the next court day for the purpose of computing any response period that is not fixed by statute, rule, or court order.

6. Large Files. If a paper or its attachments exceed 20 MB, the serving Party may serve it by emailing a secure download link to the designated addresses. The Parties consent to that method as an electronic means under Rule 5(b)(2)(E). The link shall remain active for at least 14 days, and service is complete when the email containing the link is sent.

7. Scope and Reservation. This Stipulation does not apply to service of a summons and complaint under Rule 4 or of a subpoena under Rule 45 on any non-party; does not alter any deadline set by statute, rule, or order; and does not waive any objection, privilege, or defense, including any objection to the form or timing of any paper served.

8. Counterparts and Signatures. This Stipulation may be executed in counterparts and with electronic signatures. The filing attorney attests that each signatory listed below has concurred in the content of this document and has authorized its filing. (E.D. Cal. L.R. 131(e).)

IT IS SO STIPULATED.

Dated: October 2, 2026

LAW OFFICE OF MICHAEL MCAFEE

/s/ Michael McAfee
Alonzo Gradford, Esq.
Attorneys for Plaintiff
JOSHUA SKOT KEHELEY

Dated: October 7, 2026

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

/s/ Joshua Adams
Daniel Wainwright, Esq.
Attorneys for Defendants COUNTY OF MARIPOSA, WALTER WALL, JEREMY BRIESE, and JENNIFER KISER

ORDER

Pursuant to the stipulation of the parties, and good cause appearing, the parties' written consent to electronic service under Federal Rule of Civil Procedure 5(b)(2)(E), and the service designations stated above, is GRANTED.

IT IS SO ORDERED.

Dated: **October 14, 2026**

UNITED STATES MAGISTRATE JUDGE