Michael McAfee, Esq. (SBN 304827)
LAW OFFICE OF MICHAEL McAFEE
3070 M Street, Suite 10
Merced, California 95348
Telephone: (209) 600-4488
Email: admin@mcafeedefender.com

Alonzo Gradford, Esq. (SBN 244201)
LAW OFFICE OF ALONZO GRADFORD
1300 10th Street, Suite G
Modesto, California 95354
Email: Modesto@gradfordlawfirm.com

Attorneys for Plaintiff
JOSHUA SKOT KEHELEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SKOT KEHELEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF MARIPOSA, a public entity; WALTER WALL, an individual; JEREMY BRIESE, an individual; JENNIFER KISER, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:26-cv-07508-FJS<br><br>JOINT STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO RESET DEFENDANTS' RESPONSIVE PLEADING DEADLINE; ORDER<br><br>[Fed. R. Civ. P. 15(a)(2); E.D. Cal. L.R. 143, 144]<br><br>Scheduling Conference: February 2, 2027<br>Time: 10:00 a.m. Courtroom: 8 |

Plaintiff JOSHUA SKOT KEHELEY ("Plaintiff") and Defendants COUNTY OF MARIPOSA, WALTER WALL, JEREMY BRIESE, and JENNIFER KISER (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

RECITALS

1. Plaintiff commenced this action in the Superior Court of California, County of Mariposa, Case No. 26-CVCV-0012835. Defendants thereafter removed the action to this court.

2. On September 16, 2026, the court issued its order setting mandatory scheduling conference (ECF No. 4), setting a Mandatory Scheduling Conference for February 2, 2027, at 10:00 a.m., in Courtroom 8.

3. The parties previously stipulated to extend Defendants' deadline to respond to the complaint to October 21, 2026. That is the only prior extension of this deadline.

4. The complaint was drafted for filing in state court under California pleading standards. Following removal, counsel for the parties have conferred regarding the sufficiency of the complaint under federal pleading standards, including Federal Rule of Civil Procedure 8(a)(2), *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009).

5. To conserve the resources of the court and the parties and to avoid unnecessary motion practice under Federal Rule of Civil Procedure 12(b)(6), the parties agree that Plaintiff should file a first amended complaint that addresses the pleading issues identified through the parties' meet-and-confer process, and that Defendants' deadline to respond should run from the filing of the first amended complaint rather than the original complaint.

6. Federal Rule of Civil Procedure 15(a)(2) permits a party to amend its pleading with the opposing party's written consent. This stipulation constitutes Defendants' written consent to the filing of the first amended complaint.

7. This stipulation is made in good faith and not for purposes of delay. It does not affect the date of the mandatory scheduling conference or any other date set in the court's order setting mandatory scheduling conference.

## STIPULATION

Based on the foregoing, the parties, through their counsel of record, STIPULATE AND AGREE as follows:

1. Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants consent to Plaintiff filing a first amended complaint. Plaintiff shall file and serve the first amended complaint on or before November 6, 2026.

2. Defendants' current October 21, 2026 deadline to respond to the original complaint is extended until November 13, 2026, with the expectation that Defendants will need not respond to the original complaint, which will be superseded by the first amended complaint.

3. Defendants shall file and serve their response to the first amended complaint on or before December 1, 2026.

4. Before any party files a motion under Federal Rule of Civil Procedure 12 directed at the first amended complaint, counsel shall meet and confer in good faith, at least ten days (10) before filing, to determine whether the issues can be resolved by stipulation or further amendment without motion practice.

5. Nothing in this stipulation waives any claim, defense, objection, or right of any party, including any defense available under Federal Rule of Civil Procedure 12(b) or preserved by Federal Rule of Civil Procedure 12(h)(2).

6. Attestation: The filing attorney attests that each other signatory listed below concurs in the content of this document and has authorized its filing. (E.D. Cal. L.R. 131(e).)

IT IS SO STIPULATED.

Dated: October 9, 2026

LAW OFFICE OF MICHAEL McAFEE

By: ________/s/ Michael McAfee____
Michael McAfee, Esq.
Alonzo Gradford, Esq.
Attorneys for Plaintiff
JOSHUA SKOT KEHELEY

Dated: October 9, 2026

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _______/s/ Joshua Adams________
Daniel Wainwright, Esq.
Joshua Adams, Esq.
Attorneys for Defendants COUNTY OF MARIPOSA, WALTER WALL, JEREMY BRIESE, and JENNIFER KISER

ORDER

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff shall file and serve his first amended complaint on or before November 6, 2026;

2. Defendants' October 21, 2026, deadline to respond to the original complaint is extended until November 13, 2026;

3. Defendants shall file and serve their response to the first amended complaint on or before December 1, 2026; and

4. The mandatory scheduling conference set for February 2, 2027, at 10:00 a.m., in Courtroom 8, and all deadlines set in the court's order setting mandatory scheduling conference (ECF No. 4), remain as set.

IT IS SO ORDERED.

Dated: **October 14, 2026**

UNITED STATES MAGISTRATE JUDGE